MARTIN E. SNODGRASS
3302 OAKES AVENUE
EVERETT WA 98210
Tel.: Everett,(425)783-0797
Bellevue, (206) 624-8330
Fax: (425)783-0238
email: msnodgrass@snodgrasslaw.com

The Hon: THOMAS T. GLOVER
Hng Date and time: EX PARTE
Response Date:

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>JAMES G. PLATT<br><br>Debtor/s<br>_____ | ) Bk No.: 10-14984<br>) Chapter: 13<br>)<br>) EX PARTE MOTION TO EXTEND TIME<br>) TO FILE BALANCE OF SCHEDULES |

COMES NOW the Debtor through Attorney Martin E. Snodgrass, and requests this Court extend the time to file the Chapter 13 Plan and balance of schedules. The debtor and counsel need additional time to prepare the financial information needed to formulate the Plan and complete the balance of schedules.

Wherefor, Debtor requests the Court extend the time to file the Plan and balance of schedules to May 28, 2010.

Dated: May 14, 2010.

Respectfully submitted:

SNODGRASS & WARREN, INC., P.S.

By: /s/Martin E. Snodgrass

   MARTIN E. SNODGRASS, WSBA NO. 6961
   ATTORNEYS FOR DEBTOR

| | |
|---|---|
| EX PARTE MOTION TO EXTEND TIME TO FILE BALANCE OF SCHEDULES | **Snodgrass & Warren, Inc. PS**<br>**3302 Oakes Ave., Everett, WA 98201**<br>**p: 206-624 8330; f: 425-454-5248 (Seattle)**<br>**p: 425-783-0797; f: 425-783-0238 (Everett)** |